### ANONYMOUS.

*Per* WILLARD, Justice.—In actions for verbal slander, the complaint is not sufficient unless it charges the speaking of the words of and concerning the Plaintiff, *in the presence and hearing of some person or persons.* The omission of these latter words is not cured by answering over, by section 127 of the code.

In slander, for charging a Plaintiff with being a thief, an answer merely stating *that what the Defendant said of the Plaintiff was true*, was over-ruled as bad. The court holding that, under § 128 of the code, an answer, setting up a justification, must contain a statement of the facts which constitute the defence, in ordinary and concise language.